United States District Court
Southern District of Texas
**ENTERED**
March 16, 2018
David J. Bradley, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **JOHNNY GARCIA,** | § | |
| | § | |
| **Plaintiff,** | § | |
| **VS.** | § | **CIVIL ACTION NO. 4:17-CV-0856** |
| | § | |
| **LAKE COUNTY SECURITY PATROL** | § | |
| **OFFICER, INC.; fka LAKE COUNTY** | § | |
| **PATROL, INC.,** | § | |
| | § | |
| **Defendants.** | § | |

**ORDER GRANTING PLAINTIFF JOHNNY GARCIA'S MOTION FOR DEFAULT
JUDGMENT AGAINST DEFENDANT LAKE COUNTY SECURITY PATROL
OFFICER, INC. FKA LAKE COUNTY PATROL, INC.**

Before the Court is the Motion for Default Judgment (Doc. No. 16) filed by Plaintiff

Johnny Garcia ("Garcia" or "Plaintiff") against Defendant Lake County Security Patrol Officer,

Inc. FKA Lake County Patrol, Inc. ( "Defendant") under Rule 55(b)(2) of the Federal Rules of

Civil Procedure. After considering the papers submitted in connection with the application, the

papers on file in this action, and the authorities cited, the Court finds as follows:

1.  Plaintiff filed suit against Defendant, alleging violations of the Fair Labor Standards Act

("FLSA") on March 17, 2017. (Doc. No. 1.)

2.  Plaintiff made four attempts to serve Defendant through Defendant's registered agent and

at Defendant's business address in April 2017. (Doc. No. 6-2.)

3.  This Court granted a Motion for Substitute Service of Process on May 19, 2017. (Doc.

No. 9.)

4.  Plaintiff served Defendant on June 15, 2017. (Doc. No. 13.)

5.  Defendant's answer was due by July 6, 2017.

1

6. Defendant has not filed an answer.

7. Defendant has otherwise failed to appear in this action and is in default under Rule 55 of the Federal Rules of Civil Procedure. (*See* Doc. No. 15, Entry of Default.)

8. Plaintiff has established that Defendant is liable to Plaintiff for $7,215 in unpaid overtime pursuant to 29 U.S.C. § 207 and for $7,215 liquidated damages pursuant to 29 U.S.C. § 216(b).

9. For the above stated reasons, Plaintiff's Motion for Default Judgment (Doc. No. 16) is **GRANTED**.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED:**

1. That Judgment by default be entered in favor of Plaintiff Johnny Garcia and against Defendant Lake County Security Patrol Officer consistent with the Court's Entry of Default (Doc. No. 15);

2. That Plaintiff recover unpaid overtime from Defendant in the amount of $7,215, together with liquidated damages in the amount of $7,215.

3. That the Judgment shall bear post-judgment interest at an annual rate of 2.05% from the date of this Judgment until paid;

4. That all writs and process for the enforcement and collection of this Judgment may issue as necessary. In connection with any Writ of Execution in this case, the Court directs the United States Marshals Service to use any means or force reasonably necessary to satisfy this Judgment; and,

5. That through this Order, and because there is no just reason for delay, the Court hereby enters a **FINAL JUDGMENT** against Defendant.

**IT IS SO ORDERED**.

2

**SIGNED** at Houston, Texas, on this the 14th day of March, 2018.

HON. KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE